

# NUMBER 13-13-00389-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSEPH COUCH,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

**On appeal from the County Court at Law
of Aransas County, Texas.**

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This cause is before the Court on appellant's motion for extension of time to file the brief. Appellant's brief is due to be filed on September 12, 2013. Appellant is requesting until December 11, 2013, to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's motion for extension

of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order.

The Court GRANTS IN PART and DENIES IN PART appellant's first motion for extension of time.   This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until November 12, 2013.   This motion is DENIED insofar as the Court will not allow an extension until December 11, 2013.   Further motions for extension of time will not be favorably entertained by the Court.

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Terry G. Collins by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of October, 2013.